IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CRAIG SKIPPER,                  )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )        2:14cv1187-MHT
                                )            (WO)
OFFICER E. LAMBERT,             )
et al.,                         )
                                )
    Defendants.                 )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that his life was endangered and he experienced chest pains when the cellblock where he is incarcerated filled with smoke. He also appears to challenge his conviction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 19th day of February, 2015.**

                                  **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**